

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

December 29, 2022

Michael Dukes
Alexander R. Ferrante, Esq.
Anthony T. Kovalchick, Esq.

RE: Michael Dukes v. Stephanie Wood, et al
Case Number: 22-1669
District Court Case Number: 2-21-cv-00857

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs with NO oral argument on **Thursday, January 12, 2023.** This means your presence will not be required.

PSD:AR

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Ashley Ritz
Assistant Calendar Clerk
267-299-4947

Pursuant to IOP Chapter 2, you are hereby advised that your panel will be submitted before the following panel of Judges: **SHWARTZ, BIBAS and PHIPPS, Circuit Judges.**