THURSDAY, JANUARY 12, 2023

Coram: SHWARTZ, BIBAS and PHIPPS, Circuit Judges

S U B M I T T E D

No. 22-1669
ProSe Submit

MICHAEL DUKE,
          Appellant
v.
STEPHANIE WOOD;
RACHEL MEDLOCK